JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANGELICA CUEVAS, | Case No. 2:20-cv-02755-MCS-KS |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS AND DEFENDANT WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1) |
| v. | |
| LOWE'S OF BURBANK, CA – Store #1144 [A Corporation of Unknown Origin]; AND DOES 1 through 50, inclusive, | |
| Defendants. | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that this action is dismissed with prejudice, each party to bear their own costs.

DATED: December 13, 2020

_____
Hon. Mark C. Scarsi
United States District Judge

---

1

[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE